IN RE:                                                      Case No. 17-56137 MLO
                                                          Chapter 13
                                                          Hon. MARIA L. OXHOLM

LILLIE CRAIG

                                  Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

WALTER A. METZEN (P49779)
Attorney for Debtor
3156 Penobscot, 645 Griswold
Detroit, MI 48226
313/962-4656
_____/

# OBJECTIONS TO CONFIRMATION OF
# CHAPTER 13 PLAN OF REORGANIZATION

NOW COMES ONE DETROIT CREDIT UNION , by and through its attorneys, HOLZMAN CORKERY, PLLC, and for its Objections to Confirmation of Chapter 13 Plan, states as follows:

1. On or about November 20, 2017 the Debtor filed a voluntary Petition for Relief pursuant to 11 U.S.C. Chapter 13.

2. At the time of filing, the Debtor was indebted to One Detroit Credti Union in the amount of $17,277.42, said debt being secured by a 2012 Cadillac CTS motor vehicle ("Collateral").

3. The Chapter 13 Plan, as proposed, provides for repayment of the Collateral as a Class 5.1 modified claim with 5% interest.

4. Creditor hereby objects to Section III.B.1.b. to the extent it impairs regular monthly disbursements to Creditor as set forth in 11 USC 1325 and otherwise contradicts the language and

intent of Class 5.1 and Section V.F.

WHEREFORE, ONE DETROIT CREDIT UNION requests this Court to deny confirmation of the Debtor's Chapter 13 Plan.

HOLZMAN CORKERY, PLLC

Dated: January 16, 2018

By: /S/ TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

IN RE:                                                      Case No. 17-56137 MLO
                                                                     Chapter 13
                                                                     Hon. MARIA L. OXHOLM

LILLIE CRAIG

                                                 Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

WALTER A. METZEN (P49779)
Attorney for Debtor
3156 Penobscot, 645 Griswold
Detroit, MI 48226
313/962-4656
_____/

## PROOF OF SERVICE

Diane M. Weaver, hereby certifies that on January 16, 2018, she filed the following documents via ECF:

- **Objection to Chapter 13 Plan of Reorganization**
- **Proof of Service**

Which served upon:

TAMMY L. TERRY, Standing Trustee and WALTER A. METZEN, ESQ.


Dated: January 16, 2018                 /S/ Diane M. Weaver for
                                                  HOLZMAN CORKERY, PLLC
                                                  bankruptcy@holzmanlaw.com
                                                  28366 Franklin Road
                                                  Southfield, MI 48034
                                                  248/352-4340